UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BBK TOBACCO & FOODS LLP D/B/A HBI INTERNATIONAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL COAST AGRICULTURE, INC.,<br><br>　　　　Defendant. | Case No. 3:21-mc-80189-WHO<br><br>**ORDER TO SHOW CAUSE** |

For the reasons stated in the Report and Recommendation issued by Magistrate Judge Ryu (Dkt. No. 18), third-party C3 Delivery is ORDERED TO SHOW CAUSE why it should not be held in civil contempt. *See* 28 U.S.C. § 636(e)(6)(B)(iii). A hearing for this purpose, which the plaintiff and C3 Delivery are ORDERED to attend, is hereby set for July 13, 2022, at 2:00 p.m. by Zoom. *See id.* The plaintiff shall serve C3 Delivery with this Order by the same manner prescribed in the Report and Recommendation and file a proof of service on the docket. Service shall be effectuated no later than 48 hours after this Order issues.

**IT IS SO ORDERED.**

Dated: June 29, 2022



William H. Orrick
United States District Judge